**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-20033-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**AMADO WILSON OVANDO**,

       Defendant.

_____/

**<u>ORDER</u>**

       THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on July 17, 2025 [ECF No. 102].  To date, no party has filed an objection.  Being fully advised, it is

       **ORDERED AND ADJUDGED** that the Report **[ECF No. 102]** is **AFFIRMED AND ADOPTED**, and Defendant, Amado Wilson Ovando's change of plea is accepted.

       **DONE AND ORDERED** in Miami, Florida, this 21st day of July, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lisette M. Reid